IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WELLS FARGO BANK, NATIONAL      )
ASSOCIATION, successor by       )
merger to Wachovia Bank,        )
National Association,           )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )      2:12cv143-MHT
                                )           (WO)
BETA LAMBDA CHAPTER OF TAU      )
KAPPA EPSILON FRATERNITY,       )
INC., a non profit              )
corporation,                    )
                                )
     Defendant.                 )
```

## JUDGMENT

Pursuant to the stipulation of voluntary dismissal (doc. no. 14), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of June, 2012.

                     <u>/s/ Myron H. Thompson</u>
                     **UNITED STATES DISTRICT JUDGE**